**IN THE UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| **JULIE ANNE ZAEBST, RANJEEV** | :   **CIVIL ACTION** |
| **TANWAR** | : |
| | : |
| **v.** | :   **NO. 23-1732** |
| | : |
| **PROGRESSIVE ADVANCED** | : |
| **INSURANCE COMPANY** | : |

## ORDER

**AND NOW**, this 29th day of June 2023, upon considering Defendant's Motion to dismiss

(ECF Doc. No. 12), Plaintiff's Response (ECF Doc. No. 13), Defendant's Reply (ECF Doc. No.

15), and for reasons in today's accompanying memorandum, it is **ORDERED** Defendant's Motion

to dismiss (ECF Doc. No. 12) is **GRANTED in part** and **DENIED in part** requiring:

1.      We **dismiss** Plaintiffs' claims for statutory bad faith without prejudice;

2.      We allow Plaintiffs to proceed on the breach of contract, unfair trade practices, and

fraud claims subject to further review; and,

3.      Defendant shall file an Answer no later than **July 13, 2023**.

KEARNEY, J.